## STATE v. LAMBERT

No. 578P99

Case below: 135 N.C.App. 633

Petition by defendant for discretionary review pursuant to G.S. 7A-31 denied 6 April 2000.

## STATE v. LEGRANDE

No. 215A96-6

Case below: Stanly County Superior Court

Petition by defendant pro se for writ of habeas corpus denied 6 April 2000.

## STATE v. LYNCH

No. 242A93-3

Case below: Gaston County Superior Court

Petition by defendant for writ of supersedeas denied 6 April 2000. Petition by defendant for writ of certiorari to review the order of the Superior Court, Gaston County, denied 6 April 2000.

## STATE v. MACK

No. 135P00

Case below: 137 N.C.App. 178

Motion by Attorney General for temporary stay denied 29 March 2000. Petition by Attorney General for writ of supersedeas denied 6 April 2000. Petition by Attorney General for discretionary review pursuant to G.S. 7A-31 denied 6 April 2000.

## STATE v. MASSEY

No. 105P00

Case below: 136 N.C.App. 232

Petition by defendant for writ of certiorari to review the decision of the North Carolina Court of Appeals denied 6 April 2000.